# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY BAILEY, | Case No. 1:20-cv-01431-SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **SEVEN DAY DEADLINE** |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

On October 6, 2020, Plaintiff Dorothy Bailey filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability benefits pursuant to the Social Security Act. (Doc. 1.) The civil cover sheet indicates Plaintiff's county of residence is Kern County, which is within the jurisdiction of this Court. (*See* Doc. 2.) However, the complaint and its attachments indicate that Plaintiff resides in Lomita, CA, which is within the jurisdiction of the United States District Court for the Central District of California, Western Division. (Doc. 1.) *See* 42 U.S.C. § 405(g) (A claimant of Social Security benefits whose application has been denied by the Commissioner may seek review of such decision "in the district court of the United States for the judicial district in which the plaintiff resides, or has [her] principal place of business or, if [s]he does not reside or have [her] principal place of business within any such judicial district, in the United States District Court for the District of Columbia.")

1    Accordingly, by no later than **seven (7) days from the date of this order**, Plaintiff is
2 HEREBY ORDERED to show cause why this case should not be transferred to the Central District
3 of California, Western Division.

IT IS SO ORDERED.

Dated:   **October 9, 2020**                          /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE